# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DOREEN GWOZDZ,<br><br>      Petitioner,<br><br>      v.<br><br>MICHAEL PALLARES, Warden,<br><br>      Respondent. | Case No. CV 20-6199-DMG (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has reviewed de novo those portions of the Report and Recommendation to which Petitioner has objected. The Court overrules the Objections and accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the First Amended Petition is denied; and (2) Judgment shall be entered dismissing the action with prejudice.

DATED: May 6, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE