JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DOREEN GWOZDZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL PALLARES, Warden,<br><br>　　　　　Respondent. | Case No. CV 20-6199-DMG (JEM)<br><br>**J U D G M E N T** |

　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 6, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE